UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY BRADELL McMILLAN,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Possession with Intent to Distribute Controlled Substances)

On or about January 21, 2024, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

**ANTHONY BRADELL McMILLAN,**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of 3, 4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Felon in Possession of a Firearm)

On or about January 21, 2024, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

**ANTHONY BRADELL McMILLAN,**

knowing that he had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a .45 caliber Glock 21 pistol, serial number BAVW575, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION
(Felon in Possession of a Firearm)

The allegations contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense. in violation of 18 U.S.C. § 922(g)(1) set forth in Count 2 of this Indictment, the defendant,

**ANTHONY BRADELL McMILLAN,**

shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense. The property to be forfeited includes, but is not limited to, a .45 caliber Glock 21 pistol, serial number BAVW575 and associated magazine.

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

*/s/ Joel S. F.*
_____
JOEL S. FAUSON
Assistant United States Attorney